IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ENRIQUE DANIEL VILLEGAS-MARTINEZ,   *

           Petitioner,   *

v.                     Case No.  4:26-CV-121-CDL-ALS

                *

WARDEN STEWART DETENTION
CENTER, et al.           *

          Respondents.   *

_____

## J U D G M E N T

Pursuant to this Court's Order dated January 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner to the extent that Respondents shall provide Petitioner with a bond hearing to determine if the Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

This 30th day of January, 2026.

                  David W. Bunt, Clerk

                  s/ Amy N. Stapleton, Deputy Clerk